IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.: 17-30084-NJR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Title 18, United States Code, |
| ANDRE WALKER | ) | Section 841(a) and 841(b)(1)(C) |
| | ) | |
| Defendant. | ) | |

**FILED**
APR 1 9 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**DISTRIBUTION OF A CONTROLLED SUBSTANCE**

On or about March 3, 2017, in St. Clair County, Illinois, within the Southern District of Illinois,

**ANDRE WALKER,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL**

_____
DEREK J. WISEMAN
Assistant United States Attorney

_____
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention