IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
SEP 2 2 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CRIMINAL NO. 17-CR-30084-NJR |
| ANDRE WALKER, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. On or about March 3, 2017, within the Southern District of Illinois, Defendant Andre Walker ("Defendant") knowingly and intentionally sold fentanyl to an undercover officer in exchange for $400.00. At the time of the sale, Defendant knew that the fentanyl was a controlled substance.

2. Defendant began selling fentanyl on approximately August 15, 2016, and sold between 280 grams and 400 grams of fentanyl until his arrest on April 21, 2017.

3. Prior to his arrest for the charged offense, Defendant maintained a premises located at 4030 Lincoln Avenue, St. Louis, Missouri 63113, for the purpose of manufacturing or distributing fentanyl. In doing so, Defendant used the residence to store his drugs and proceeds, and he also mixed fentanyl within the residence.

4. At the time of his arrest, on April 21, 2017, Defendant possessed a firearm in connection with his distribution of fentanyl. The firearm (more specifically described as a Glock model 27 .40 caliber handgun (serial number: BDGB170)) was used by Defendant to protect his fentanyl and drug proceeds.[1]

---

[1] This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept Defendant's

1

SO STIPULATED.

                                                  UNITED STATES OF AMERICA,

DONALD S. BOYCE
United States Attorney

_____        _____
ANDRE WALKER                               DEREK J. WISEMAN
Defendant                                             Assistant United States Attorney

_____
NICK ZOTOS
Attorney for Defendant

Date: 9-22-17                                       Date: 9/22/2017

---

guilty plea, and is not necessarily an exhaustive account of Defendant's criminal activity involving the charged offense in the Indictment or other relevant conduct.