IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17–CR-30084-NJR |
| ANDRE WALKER, | ) ) ) ) |
| Defendant. | ) |

# PRELIMINARY ORDER OF FORFEITURE

**ROSENSTENGEL, District Judge:**

Pursuant to the plea agreement filed on September 22, 2017, Defendant, Andre Walker, agreed to the forfeiture of certain property, pursuant to 21 U.S.C. § 853. The Court, upon consideration of the guilty plea in this matter and pursuant to Federal Rule of Criminal Procedure 32.2, finds the following property is forfeitable:

> **A Glock model 27 .40 caliber handgun (serial number: BDGB170), which was recovered at the time of Defendant's arrest.**

The United States shall provide notice of the forfeiture and the right of persons other than Defendant who have any claim or legal interest in the property to file a petition with the Court. The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state the petition will be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or

interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order for Forfeiture, as the substitute for the published notice.

Upon the filing of any petition alleging any third-party interests in the property, the Court may amend this order to resolve the claimed third-party interests.

The United States Marshal or the property custodian for the Drug Enforcement Administration shall seize and reduce to his or her possession, if not already done, the property described above.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Andre Walker at the time of Defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined. This Order shall be made part of the sentence of Defendant Andre Walker and shall be included in the Judgment imposed against him. This is a final order with respect to Defendant but may be amended with respect to petitions filed by third-parties claiming an interest in the forfeited property.

The United States may abandon forfeiture of the property by filing notice of abandonment with the Court.

**IT IS SO ORDERED.**

DATED:   October 26, 2017

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**